# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MARTIN, | CASE NO. 1:06-cv-0906-AWI-WMW PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| W. SULLIVAN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and California tort law. This action proceeds on the August 27, 2007, first amended complaint. The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendant Bryant under the Eighth Amendment for wanton infliction of pain and unconstitutional conditions of confinement..[1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

1.  Service is appropriate for the following defendants:

    LIEUTENANT BRYANT

---

[1] The court found that Plaintiff failed to state a claim against Defendant Sullivan. Plaintiff chooses to proceed on the claims against Defendant Bryant only. Concurrent with this order, a recommendation of dismissal will be entered, recommending dismissal of Defendant Sullivan.

1

2.     The Clerk of the Court shall send Plaintiff one USM-285 form, one summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed August 27, 2007.

3.     Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

       a.     Completed summons;

       b.     One completed USM-285 form for each defendant listed above; and

       c.     Two copies of the endorsed amended complaint filed August 27, 2007.

4.     Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.     <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**    **February 18, 2009**            /s/ William M. Wunderlich
                                                     UNITED STATES MAGISTRATE JUDGE