IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MARTIN,<br><br>    Plaintiff,<br><br>vs.<br><br>W.J. SULLIVAN, et al.,<br><br>    Defendants. | 1: 06 CV 0906 AWI WMW PC<br><br>ORDER RE: FINDINGS &<br>RECOMMENDATIONS (#23) |

    Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On February 25, 2009, findings and recommendations were entered, recommending dismissal of Defendant Sullivan. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on February 25, 2009, are adopted in full;

2. Defendant Sullivan is dismissed from this action; and

3. This action is referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:     May 2, 2009**                         /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE