# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MARTIN,<br><br>             Plaintiff,<br><br>      v.<br><br>BRYANT, et al.,<br><br>             Defendants.<br>_____ / | CASE NO. 1:06-cv-00906-BAM PC<br><br>ORDER GRANTING DEFENDANT'S MOTION TO AMEND THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 70)<br><br>Amended Dispositive Motion Deadline: February 24, 2012 |

Plaintiff Russell Martin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 24, 2011, a discovery and scheduling order issued opening discovery and setting January 20, 2012, as the dispositive motion deadline for this action. On January 10, 2012, Defendant Bryant filed a motion requesting modification of the scheduling order to extend the dispositive motion deadline.

A court may modify a scheduling order for good cause. Fed.R.Civ.P 16(b)(4). This good cause standard "primarily considers the diligence of the party seeking the amendment." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). To establish good cause, the party seeking the modification of a scheduling order must generally show that even with the exercise of due diligence, they cannot meet the requirement of the order. Id.

Defendant seeks an extension of the dispositive motion deadline to February 24, 2012. Defendant requests an extension because Plaintiff's deposition transcript has been forwarded to him for review. The deposition testimony will be used to support Defendant's motion for summary judgment and the transcript will not be available prior to the current deadline.

1

1   The Court finds that good cause has been presented by Defendant to modify the scheduling
2   order.  Therefore, IT IS HEREBY ORDERED that:
3       1.   Defendant's motion to modify the court's scheduling order, filed January 10, 2012,
4            is GRANTED; and
5       2.   The deadline for all parties to this action to file pretrial dispositive motions is
6            extended to **February 24, 2012.**
7   IT IS SO ORDERED.
8   Dated:   **January 11, 2012**                    /s/ **Barbara A. McAuliffe**
                                                    UNITED STATES MAGISTRATE JUDGE